Cody Moore #20111-023
Federal Prison Camp
P.O. Box 1000
Duluth, Mn.
　　55814



RECEIVED BY MAIL

APR 14 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Us Dist Court
Attn: Clerk Kate Fogarty
300 S 4TH ST
Suite 202
Minneapolis, MN 55415
United States



SCANNED

APR 1 4 2025

U.S. DISTRICT COURT MPLS