# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

CODY J. MOORE,                                          Civil No. 25-1395 (JRT/LIB)

                 Petitioner,

v.                                                      **ORDER ADOPTING REPORT
                                                        AND RECOMMENDATIONS**

FEDERAL PRISON CAMP DULUTH, et al.,

                 Respondents.

_____

      Cody J. Moore, Reg. No. 20111-023, FPC – Duluth, P.O. Box 1000, Duluth, MN 55814, *pro-se* petitioner.

      Ana H Voss, Trevor Brown, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 S 4th St Ste 600, Minneapolis, MN 55415, for respondents.

      Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

      **1.** The petition for a writ of habeas corpus of petitioner Cody J. Moore [Docket No. 1] be **DENIED WITHOUT PREJUDICE** for failure to exhaust administrative remedies;

      **2.** This matter be **DISMISSED WITHOUT PREJUDICE**; and

      **3.** Petitioner's application to proceed in forma pauperis, [Docket No. 4], be **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 17, 2025                    s/John R. Tunheim
at Minneapolis, Minnesota               JOHN R. TUNHEIM
                                        United States District Judge